JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SIR MICHAEL DYESS, | Case No. 2:23-cv-06455-MEMF-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| R. VASQUEZ LOPEZ, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED with prejudice.

Dated: February 11, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge